In the Matter of the Petition of GEORGE J. RAPPOLD and JOHN RAPPOLD, Respondents, to Render and Settle Their Account as Executors, etc., of GOTTLIEB

RAPPOLD, Deceased. ELIZABETH RAPPOLD and Others, Appellants; GEORGE F. RAPPOLD and Another, Respondents.— Decree of the Surrogate's Court of Kings county affirmed, with costs to the respondents, executors, and the special guardian, payable out of the estate. No opinion. Blackmar, P. J., Rich, Kelly, Kelby and Young, JJ., concur.